**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TEDDY HILL,**

                              **Petitioner,**

                 **v.**                                   **9:04-CV-524**
                                                          **(FJS/RFT)**

**JAMES CONWAY, Superintendent,**

                              **Respondent.**
_____

**APPEARANCES**                          **OF COUNSEL**

**TEDDY HILL**
**99-B-1948**
Clinton Correctional Facility
P.O. Box 2002
Dannemora, New York 12929
Petitioner *pro se*

**OFFICE OF THE NEW YORK**              **SENTA B. SIUDA, AAG**
**STATE ATTORNEY GENERAL**
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455
Attorneys for Respondent

**SCULLIN, Senior Judge**

## ORDER

        In a Report-Recommendation and Order dated June 2, 2008, Magistrate Judge Treece

recommended that the Court deny and dismiss Petitioner's petition and that the Court decline to

issue a certificate of appealability.  Petitioner filed objections to the Report-Recommendation

and Order, essentially raising the same arguments that he presented to Magistrate Judge Treece.

        When a party files specific objections to a magistrate judge's report-recommendation, the

district court makes a "*de novo* determination of those portions of the report or specified

proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

After such a review, "the court may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." *Id.*

Having reviewed the record *de novo* in light of the issues that Petitioner raised in his

objections, this Court finds the objections to be without merit.

Accordingly, the Court hereby

**ORDERS** that Magistrate Judge Treece's June 2, 2008 Report-Recommendation and

Order is **ACCEPTED** in its entirety for the reasons stated therein; and the Court further

**ORDERS** that Petitioner's petition for a writ of habeas corpus is **DENIED** and

**DISMISSED**; and the Court further

**ORDERS** that no certificate of appealability will be issued with respect to any of

Petitioner's claims.

**IT IS SO ORDERED.**

Dated:  September 13, 2010
          Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge

-2-